IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03174-BNB

KEVIN PATRICK JONES,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Letter to the Court complaining about his conditions of confinement in Colorado Department of Corrections' facilities. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X  is not submitted
(2)     is missing affidavit
(3)     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing:
(4)     is missing certificate showing current balance in prison account
(5)     is missing required financial information
(6)     is missing an original signature by the prisoner
(7)     is not on proper form (must use the court's current form)
(8)     names in caption do not match names in caption of complaint, petition or habeas application
(9)  X  other: <u>Account statement is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(10)   X    is not submitted
(11)        is not on proper form (must use the court's current form)
(12)        is missing an original signature by the prisoner
(13)        is missing page nos. ___
(14)        uses et al. instead of listing all parties in caption
(15)        names in caption do not match names in text
(16)        addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)        other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED December 5, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge