IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03174-BNB

KEVIN PATRICK JONES,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Kevin Patrick Jones, initiated this action by filing a Letter with the Court complaining about his conditions of confinement in Colorado Department of Corrections' facilities.

    In a December 5, 2012 Order, Magistrate Judge Boyd N. Boland directed Mr. Jones to cure certain enumerated deficiencies in this action.  Specifically, Plaintiff was ordered to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 on the court-approved form or to pay the $350.00 filing fee.  Mr. Jones was also directed to submit a Prisoner Complaint on the court-approved form. Mr. Jones was advised in the December 5 Order that failure to comply by the court-ordered deadline would result in dismissal of the action without further notice.

    Mr. Jones subsequently requested and received an extension of time, up to an including February 11, 2013, to comply with the December 5 Order.  (ECF Nos. 4 and 5).

    Mr. Jones has now failed to submit a Prisoner Complaint or a Prisoner's Motion

and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He has also failed to pay the $350.00 filing fee, in the alternative. Accordingly, this action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. **See *Coppedge v. United States***, 369 U.S. 438 (1962). If Mr. Jones files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Jones' failure to comply with the December 5, 2012 Order Directing Plaintiff to Cure Deficiencies. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Jones has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Jones may file a motion in the Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  22nd  day of    February    , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court